Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Plaintiff
Tagged Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Tagged, Inc., a Delaware corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>Does 1 through 10 as Affiliate Programs for EPICSTREAMS.COM, and Does 11 through 500 as Affiliate Spammers for EPICSTREAMS.COM,<br><br>              Defendants. | Case No. CV-09-1711 MHP<br><br>**PLAINTIFF TAGGED INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Tagged, Inc. ("Tagged") voluntarily dismisses the above-captioned action without prejudice.

Defendants have filed neither an answer nor a motion for summary judgment herein.

/ / /

/ / /

/ / /

/ / /

1                                                                                                                      CV-09-1711 MHP
TAGGED, INC.'S NOTICE OF VOLUNTARY DISMISSAL

58520-0015/LEGAL17088148.1

1 | The Clerk of the Court is hereby requested to enter this dismissal without prejudice in the
2 | records of the Court.

3 | DATED: October 7, 2009            **PERKINS COIE LLP**

5 | By: /s/ Brian Hennessy
   |     Brian Hennessy (SBN 226721)
   |     BHennessy@perkinscoie.com

7 | Attorneys for Plaintiff
   | Tagged, Inc.

11 | 10/8/09

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA